IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOLI SYARIEF PULUNGAN,

    Plaintiff,            ORDER

  v.                   11-cv-575-wmc

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN,

    Defendant.

---

  Plaintiff, Doli Syarief Pulungan, who is proceeding pro se, has filed a proposed civil action in which he is seeking restitution after having been acquitted in criminal case 07-cr-144-bbc-1. Plaintiff asks for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

  In this case, plaintiff says he does not have a job or any income and that he is being supported by his brothers. He says he has sold much of his personal property and vehicles to pay for his living expenses and past business debts. From plaintiff's affidavit of indigency, it

appears that he qualifies financially to proceed without prepaying the fees and costs associated with filing this lawsuit.

Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the appropriate case number shown above on his communication.

Entered this 17th day of August, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge