IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOLI SYARIEF PULUNGAN,

    Plaintiff,

v.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-575-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as moot.

_____    _____
Peter Oppeneer, Clerk of Court                 1/25/13
                                                                    Date