IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOLI SYARIEF PULUNGAN,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                                  11-cv-575-wmc

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF WISCONSIN,

    Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as moot.

_____      __1/25/13__
Peter Oppeneer, Clerk of Court                   Date